**U.S. Department of Labor**

Office of Labor-Management Standards
Frances Perkins Building
200 Constitution Avenue, NW, Suite N5119
Washington, DC  20210
(202) 693-1204  Fax: (202) 693-1343



DATE:    October 20, 2024

TO:    U.S. Department of Justice
U.S. Attorney's Office
District of Kansas

FROM:    Lauren Stojak
I-CAP Lead Investigator

SUBJECT:    **USA vs. Jones et al (Case: 2:24-cr-20070)**

**Query: Does self-reported financial information submitted by the Boilermakers Union indicate a disproportionate amount of union funds used for international travel when compared to other international unions?**

## I.    BACKGROUND

### A.    Office of Labor-Management Standards

The Office of Labor-Management Standards (OLMS) of the U.S. Department of Labor administers and enforces most provisions of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA).  The LMRDA was enacted primarily to ensure basic standards of democracy and fiscal responsibility in labor organizations representing employees in private industry.

Each labor organization (union) subject to the LMRDA is required to file an initial information report (Form LM-1) and copies of their constitution and bylaws with OLMS. In addition, each union must file an annual financial report (Form LM-2, LM-3, or LM-4) with OLMS each year. In addition to other investigations, OLMS has responsibility under the LMRDA to conduct audits to determine if unions are complying with the law.  Audits of local unions and intermediate union bodies are conducted under the Compliance Audit Program (CAP).  Audits of parent body labor organizations, known as international or national unions, are conducted under the International Compliance Audit Program (I-CAP).

### B.    Lauren Stojak Background

I have a Master of Science (M.S.) in Applied Economics and a Bachelor of Science (B.S.) in Business Economics from Marquette University.  I am a lead investigator with 21 years of experience at OLMS.

I lead teams of investigators in completing I-CAP audits and I am recognized as the agency's subject-matter expert for compliance audits of local, intermediate, and international unions. Over my 21-year tenure at OLMS, I have completed 86 labor union compliance audits, uncovering embezzlement, financial misreporting, and other LMRDA violations. Since 2007, I have designed and delivered training courses for over 100 new and experienced OLMS investigators in auditing techniques.

In 2019, due to my expertise in conducting labor union audits, OLMS Deputy Director and Director of Field Operations appointed me to the I-CAP Team. The I-CAP Team modernized the program including revisions to enforcement policies, program design, goals, objectives, and auditing techniques. In 2020, the Secretary of Labor honored me with Secretary's Exceptional Achievement Award for this work. In August 2020, the OLMS Deputy Director promoted me to I-CAP Lead Investigator. In this role, I have demonstrated unparalleled expertise by leading the international compliance audit program for OLMS—a responsibility I hold exclusively among an agency of approximately 170 employees. I am uniquely skilled in the conduct of international union compliance audits, and the only investigator in the agency who has worked on each of the 11 I-CAP audits conducted since 2020.

As the I-CAP Lead Investigator, I have consistently received outstanding and exemplary ratings in my performance reviews, reflecting my leadership in I-CAP and CAP, investigative excellence, and contributions to the national program. (Exh. 1)

## II.  LEAD:  INTERNATIONAL COMPLIANCE AUDIT PROGRAM (I-CAP)

### A.  Selection of the Boilermakers Union I-CAP

As noted above, OLMS conducts compliance audits and investigations through I-CAP to ensure that international and national unions comply with the LMRDA. When selecting a national or international union for an audit, OLMS considers factors such as the size of the union, geographic location, time since the last audit, and available OLMS personnel resources.

In 2019, a newly formed I-CAP Team, including myself, redeveloped the international union audit program. In January 2020, the I-CAP Team made recommendations to OLMS' senior management based on risk-based analysis of LM-2 filing data from international unions from 2016 through 2018 (the last three years on file with OLMS at the time). The analysis identified international officers who received a total of more than $250,000 in disbursements for disbursement for official business (expenses) over the three-year period.

Notably, Boilermakers Union had six officers who reported high amounts of disbursements for official business, with Newton Jones reporting the highest disbursements of any international union officer for official business with $915,035 over a three-year period. Further, Newton Jones' reported expenses in fiscal year end 2019 were $373,847, the highest of all international union officers that year. Such large disbursements can indicate potential embezzlement. Senior management agreed with the recommendation that the Boilermakers Union be selected for the next I-CAP (Exh. 2).

**B.  Boilermakers Union I-CAP**

By letter dated February 14, 2020, OLMS notified Boilermakers Union President Newtown Jones and Secretary-Treasurer William Creeden of the labor organization's selection of audit for fiscal year July 1, 2018, through June 30, 2019.  By letter dated March 4, 2020, OLMS confirmed the audit arrangements made by telephone with Boilermakers Union General Counsel Michael Stapp.  OLMS provided Boilermakers Union with three standard questionnaires and a record request list.  Boilermakers Union and OLMS agreed to begin the audit with an interview of key officers and employees on May 5, 2020.

The coronavirus pandemic delayed the audit.  In September 2020, OLMS contacted General Counsel Michael Stapp to move forward with the I-CAP.  After multiple, missed agreed upon deadlines, Boilermakers Union submitted the three questionnaires by December 11, 2020.  The Boilermakers Union failed to provide the requested records.  On December 10, 2020, OLMS served an administrative subpoena on Secretary-Treasurer Creeden for Boilermaker Union records.  OLMS documented more than 50 contacts with Boilermakers Union related to requests for information and records since the I-CAP case opening.  The Boilermakers Union never provided its credit card records during the audit.

On January 7, 2021, OLMS served an administrative subpoena on American Express for Boilermaker Union credit card records for the period of July 1, 2018, through June 30, 2019.  OLMS received the credit card statements from American Express on February 17, 2021.  The I-CAP Team review of the credit card statements revealed over $300,000 in unauthorized, excessive, and personal charges to the union credit card by Newton and Kate Jones. Charges include airfare, lodging, entertainment, and meals for U.S. and Europe travel (for themselves and others), charges for merchandise, and personal meal expenses near their residence.

My review of the credit card statements for fiscal year ended June 30, 2019, found Boilermakers Union failed to itemize "major" transactions on the LM report involving European travel, as required by the LMRDA.  The international lodging and airfare totaled at least $100,729.21.

| VENDOR | AMOUNT |
|---|---|
| Belmond Grand Hotel Taormina, Italy | $26,461.82 |
| Duetorri Hotel Verona, Italy | $15,849.64 |
| Four Seasons, Milano, Italy | $12,129.34 |
| Lot Warsaw Po Lotinus Warsaw, PO | $33,604.50 |
| The Pantheon Hotel Roma, Italy | $12,683.91 |
| | $100,729.21 |

In March 2021, due to questionable, excessive, and personal credit card expenditures including international travel, I closed the audit of Boilermakers Union and referred to the case findings to the OLMS Denver-St. Louis District Office/Kansas City Resident Office for further criminal investigation.

C. **Boilermakers Union I-CAP and Other OLMS I-CAP Results**

Since 2020, OLMS has completed 11 compliance audits of national and international unions under I-CAP (identified below). In each audit, I have been the lead investigator and exclusively involved in all case activities, both conducting the audit and directing work of other investigators.

| I-CAP | UNION | MEMBERS 2024 | RECEIPTS 2024 |
|---|---|---|---|
| 1 | **BOILERMAKERS NHQ** | **44,699** | **$90,457,288** |
| 2 | SECURITY POLICE, FIRE PROF, IND NHQ | 16,449 | $11,301,601 |
| 3 | ROOFERS NHQ | 23,143 | $12,062,787 |
| 4 | TRANSPORTATION COMMUNICATIONS UNION/IAM | 36,912 | $55,551,558 |
| 5 | ELECTRICAL WORKERS UE NHQ | 23,020 | $5,915,755 |
| 6 | NATIONAL STAFF ORGANIZATION NHQ | 4,211 | $2,648,708 |
| 7 | STATE COUNTY AND MUNI EMPLS NHQ | 1,288,804 | $224,713,727 |
| 8 | ELEVATOR CONSTRUCTORS AFL-CIO | 30,560 | $30,587,300 |
| 9 | LAW ENFORCEMENT OFFICERS SECURITY & POLICE | 1,724 | $916,062 |
| 10 | LETTER CARRIERS, RURAL, IND | 109,369 | $67,434,954 |
| 11 | AMERICAN FEDERATION OF SCHOOL ADMINISTRATORS NHQ | 20,962 | $1,700,556 |

In each audit, OLMS examined a sample of officer and employee credit card and reimbursed expenses. The sample size (e.g. number of officers and time period of review) varied across audits. A review of the 11 OLMS completed I-CAP case files from 2020 through 2025, only the compliance audit of the Boilermakers Union identified international travel by union officers and/or employees (excluding Canada, Mexico, and U.S. Territories).

## III. SURVEY: FORM LM-2 ANALYSIS FOR INTERNATIONAL TRAVEL

A. **General International/National Union Information**

There are 158 unions filing reports with OLMS as international or national unions, and 113 of these unions file Form LM-2 (labor organizations with total annual receipts of $250,000). Annual financial reports filed by unions disclose their membership numbers, assets, liabilities, receipts and disbursements.

Exhibit 3 identifies the largest international unions based on membership size as reported on the most recently filed LM-2 (fiscal year ended 2024). Boilermakers Union is the 49th largest based on membership size with 44,699 members (Exh. 3) .

The North America's Building Trades Unions (NABTU) identifies 15 international unions as affiliated construction trades unions. Boilermakers Union is the 11th largest construction trade union based on membership size (Exh. 4).

Metal Trades Department, a trade department of the AFL-CIO, identified 17 international unions as affiliated metal trades unions. Boilermakers Union is the 15th largest metal trades union based on membership size (Exh. 5)

**B.    Form LM-2 Reporting Requirements**

Unions must report in Column F of Schedules 11 (All Officers and Disbursements to Officers) and 12 (Disbursements to Employees) direct disbursements to officers and employees for reimbursement of expenses they incurred while conducting union business. In addition, the union must report in Column F of Schedules 11 and 12 indirect disbursements made to another party (such as a credit card company) for business expenses union personnel incur. The union must report in Column G (Other Disbursements) of Schedules 11 and 12 any direct or indirect disbursements to union personnel for expenses not necessary for conducting union business. Indirect disbursements for business expenses union personnel incur for transportation by public carrier (such as an airline) and for temporary lodging expenses while traveling on union business must be reported in Schedules 15-19.

Schedule 15 (Representational Activities), Schedules 16 (Political Activities and Lobbying), Schedule 17 (Contributions, Gifts, and Grants), Schedule 18 (General Overhead), and Schedule 19 (Union Administration) reflect various services provided to union members by the union in which all "major" disbursements during the reporting period in the various categories must be separately identified. A "major" disbursement includes: 1) any individual disbursement of $5,000 or more; or 2) total disbursements to any single entity or outside individual that aggregates to $5,000 or more during the reporting period. All other disbursements in these schedules are aggregated.

**C.    Form LM-2 and Reporting of International Travel**

If correctly reported, disbursements made for airfare for domestic and international travel appear by vendor in Schedules 15 through 19 if they are major transactions. If a labor organization purchases airfare though American based companies (e.g. United), it will not be discernible if the labor organization's purchase is for domestic or international travel without examining supporting documentation. Disbursements for both domestic and international lodging appear by vendor in Schedules 15 through 19 if they are "major" transactions.

Due to the reporting requirements of the LM-2 report, disbursements to officers and employees for direct disbursements and certain indirect disbursements related to international travel (e.g. meals charged to union credit cards) are reported next to the officer or employees' name in Schedules 11 and 12 and not itemized in Schedules 15 through 19. Refreshments and other expenses of membership for banquets or meetings, and food and refreshments for the entertainment of groups other than the officers and membership on official business may be reported in Schedules 15-19.

**D.    Methodology**

I compared the disbursements reported in Schedules 15-19 for the Boilermakers Union and the ten largest unions by membership, ten largest construction trades unions by membership, and

the ten largest metal trades unions by membership.  OLMS maintains all union LM data on its Online Public Disclosure Room.  All data for LM-2, LM-3, and LM-4 reports filed with OLMS for a particular year is stored in one compressed "zip" file that contains related text files.  Each report filed with OLMS is assigned a unique identification number.  The unique number associated with each report is identified in the "RPT_ID" field which is included in each of the data files.  I used the following methodology to review the itemized payer information for major transactions reported in Schedules 15-19.

1. I downloaded the LM filing data for the period of 2009-2024 for Boilermakers Union and all other filing unions.  The text files used for this analysis are lm_data_data_[year].txt and ar_payer_payee_data_[year].txt.  The lm_data_data_[year].txt file is the file that contains the primary union filer's information including file number (assigned by OLMS), the filer's address, and other identifying information.  The ar_payer_payee_data_[year].txt identifies each payer listed in LM-2 Schedule 14 and each payee listed in LM-2 Schedules 15 through 19 (includes street address, type or classification, total of itemized and nonitemized transactions).

2. For each year, I exported lm_data_data_[year].txt and ar_payer_payee_data_[year].txt. text files to Microsoft Excel.

3. For each year, I imported the Excel files into Microsoft Access.  In order to know which organization filed the information that appears in a data file, I performed a join query using the RPT_ID field to merge lm_data_data_[year] and ar_payer_payee_data_[year].

4. For each year, I filtered the query for each union examined in the review.  I copied the data from Access into an Excel spreadsheet for each union.

5. Major disbursements made to non-United States entities in Schedules 15-19 have a state code in the address of "00".  I manually examined all payees with a state code of 00 and determined which disbursements were for international travel.

## E.  Survey Results

### 1.  Boilermakers Union

Review of the LM-2 reports for Boilermakers Union for fiscal years 2009-2024 show $408,387 in self-reported disbursements for international travel (Excludes Canada, Mexico, US Territories) on Schedules 15-19.  Disbursements for international travel reported in the Boilermaker Union LM-2 reports, included:

- $63,048 and $26,714 at Moveolux SRL, a luxury transportation company in Rome and Milan, Italy;

- $84,870 at the Westin Hotel in Venice, Italy;

- $35,440 at the Marriott in Copenhagen, Denmark;

- $27,911 at the Conrad Hotel in London; and

- $84,450 at the W Hotel in Santiago, Chile. (Exh. 6).

The self-reported figures for international travel appear to be grossly underreported. As noted above, in 2019 alone, Boilermakers Union incurred international lodging in Italy and Poland totaling at least $100,729.21 that Boilermakers Union failed to include in Schedules 15-19 of the LM-2 report. In addition, if the Boilermakers Union paid for the hotel accommodations for the above trips to Italy, Denmark, England, and Chile, it likely paid for airfare, food, and transportation for those international trips as well, but did not report them.

**2.    Ten Largest International Unions and Boilermakers Union**

LM-2 reports for the ten largest unions (based on membership levels) and Boilermakers Union for fiscal years 2009-2024 show the following amount of disbursements for international travel (Excludes Canada, Mexico, US Territories) on Schedules 15-19. Although Boilermakers Union is the 49th international based on membership size (Exh. 3), they report the third highest international travel expenses among these international unions.

When comparing total disbursements relative to member levels, the Boilermakers Union's international travel expenditures per member are disproportionately higher than those of other international unions spending 17.92 times per member as the next highest union. Notably, State, County, and Municipal Employees (AFSMCE) Union has more than 28 times more members than Boilermakers Union but reports no disbursements for international travel. For specific amounts per year, refer to Exhibit 7.

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | TOTAL | PER MEMBER |
|---|---|---|---|---|---|---|
| | | Form LM-2: International Travel Disbursements for Ten Largest IU and Boilermakers Union (Excludes Canada, Mexico, and US Territories) | | | | |
| 1 | 000-137 | SERVICE EMPLOYEES | 1,947,177 | $338,048,066 | $982,795 | $0.50 |
| 2 | 000-012 | TEACHERS AFL-CIO | 1,799,290 | $280,289,755 | $918,956 | $0.51 |
| 3 | 000-074 | **BOILERMAKERS AFL-CIO** | **44,699** | **$90,457,288** | **$408,387** | **$9.14** |
| 4 | 000-106 | AFL-CIO | 13,448,499 | $167,184,480 | $307,343 | $0.02 |
| 5 | 000-342 | NATIONAL EDUCATION ASN IND | 2,839,808 | $419,939,170 | $300,075 | $0.11 |
| 6 | 000-385 | STRATEGIC ORGANIZING CENTER | 2,513,667 | $11,650,124 | $225,215 | $0.09 |
| 7 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 | $95,278 | $0.08 |
| 8 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $83,656 | $0.12 |
| 9 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $67,952 | $0.05 |
| 10 | 000-289 | STATE COUNTY AND MUNI EMPLS AFL-CIO | 1,288,804 | $224,713,727 | $0 | $0.00 |
| 11 | 000-387 | TRANSPORTATION TRADES DEPT AFLCIO | 810,091 | $4,991,219 | $0 | $0.00 |

**3.    Ten Largest Construction Trades International Unions and Boilermakers Union**

LM-2 reports for the ten largest NABTU construction trade unions (based on membership levels) and Boilermakers Union for fiscal years 2009-2024 show the following amount of

international travel disbursements (Excludes Canada, Mexico, US Territories) on Schedules 15-19. Although the Boilermakers Union rank as the 11th largest construction trade union by membership size (Exh. 4), they report the highest international travel expenses among these top construction trade unions.   Again, Boilermakers Union's international travel expenditures per member are disproportionately higher than those of other international unions spending 20.31 times more per member as the next highest union. Notably, Carpenters Union has nine times more members than Boilermakers Union but reports no disbursements for international travel. For specific amounts per year, refer to Exhibit 8.

| Form LM-2: International Travel Disbursements for Ten Largest Construction Trades IU and Boilermakers Union (Excludes Canada, Mexico, and US Territories) | | | | | | |
|---|---|---|---|---|---|---|
| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | TOTAL | PER MEMBER |
| **1** | **000-074** | **BOILERMAKERS AFL-CIO** | **44,699** | **$90,457,288** | **$408,387** | **$9.14** |
| 2 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 | $170,459 | $0.45 |
| 3 | 000-131 | LABORERS | 588,564 | $121,946,443 | $89,952 | $0.15 |
| 4 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $83,656 | $0.12 |
| 5 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $67,952 | $0.05 |
| 6 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 | $19,492 | $0.05 |
| 7 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 | $9,323 | $0.07 |
| 8 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS | 205,966 | $161,395,333 | $7,843 | $0.04 |
| 9 | 000-085 | CARPENTERS IND | 441,268 | $133,047,749 | $0 | $0.00 |
| 10 | 000-035 | PAINTERS AFL-CIO | 107,124 | $52,284,299 | $0 | $0.00 |
| 11 | 000-034 | BRICKLAYERS AFL-CIO | 66,155 | $53,177,790 | $0 | $0.00 |

### 4.  Ten Largest Metal Trades International Unions and Boilermakers Union

LM-2 reports for the ten largest metal trades unions (based on membership levels) and Boilermakers Union for fiscal years 2009-2024 show the following amount of international travel disbursements (Excludes Canada, Mexico, US Territories) on Schedules 15-19. Although Boilermakers Union is the 17th largest metal trade union based on membership size (Exh. 5), it is reporting the highest international travel expenses among the ten largest metal trades unions, and Boilermakers Union's international travel expenditures per member are disproportionately higher than those of other international unions spending 20.31 times more per member as the next highest union.    For specific amounts per year, refer to Exhibit 9.

| Form LM-2: International Travel Disbursements for Ten Largest Metal Trades IU and Boilermakers Union (Excludes Canada, Mexico, and US Territories) | | | | | | |
|---|---|---|---|---|---|---|
| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | TOTAL | PER MEMBER |
| **1** | **000-074** | **BOILERMAKERS AFL-CIO** | **44,699** | **$90,457,288** | **$408,387** | **$9.14** |
| 2 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 | $170,459 | $0.45 |
| 3 | 000-107 | MACHINISTS AFL-CIO | 547,882 | $264,490,806 | $161,398 | $0.29 |
| 4 | 000-094 | STEELWORKERS, AFL-CIO | 539,661 | $626,041,037 | $147,343 | $0.27 |

| | | Form LM-2: International Travel Disbursements for Ten Largest Metal Trades IU and Boilermakers Union (Excludes Canada, Mexico, and US Territories) | | | | |
|---|---|---|---|---|---|---|
| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | TOTAL | PER MEMBER |
| 5 | 000-131 | LABORERS | 588,564 | $121,946,443 | $89,952 | $0.15 |
| 6 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 | $95,278 | $0.08 |
| 7 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $83,656 | $0.12 |
| 8 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $67,952 | $0.05 |
| 9 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 | $19,492 | $0.05 |
| 10 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 | $9,323 | $0.07 |
| 11 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS | 205,966 | $161,395,333 | $7,843 | $0.04 |

## IV.  CONCLUSION

The self-reported figures on the LM-2 reports by President Newton Jones and Secretary-Treasurer William Creeden for international travel by the Boilermakers Union are strikingly disproportionate compared to those of other international and national unions. In addition, the Boilermakers Union audit revealed significant underreporting of these disbursements in fiscal year 2019.  Based on my experience conducting 86 compliance audits, 11 international compliance audits, and a thorough review of 15 years of LM data, such extensive international travel beyond Canada, Mexico, and U.S. Territories is atypical, shows a lack of necessity and union benefit, and constitutes a prominent indicator of embezzlement.

# Exhibit 1

# Lauren K. Stojak

Chicago, IL • (202) 860-6945 • stojak.lauren@dol.gov

## Professional Summary

Senior federal investigator and program lead with over 20 years of experience at the U.S. Department of Labor, Office of Labor-Management Standards (OLMS). Recognized authority on labor union financial compliance, complex audit investigations, and enforcement of the Labor-Management Reporting and Disclosure Act (LMRDA). Proven record of uncovering fraud and embezzlement, developing agency compliance audit standards, and training investigators nationwide. Career total: 86 compliance audits and 11 international compliance audits completed.

## Areas of Expertise

- International Compliance Audit Program (I-CAP) & Compliance Audit Program (CAP)
- Complex financial audits and financial reviews
- Fraud and embezzlement investigations
- Federal compliance standards and policy development
- Training program design and delivery for federal investigators

## Professional Experience

### U.S. Department of Labor – Office of Labor-Management Standards (OLMS)

#### Lead Investigator, International Compliance Audit Program
National Office | 2020 – Present

- Lead investigator and program authority for I-CAP, directing audits of international labor unions.
- Briefing senior leadership routinely regarding targeting strategies, audit progress, and significant case issues.
- Directed teams of GS-13 specialists and field investigators in compliance audits, achieving 100% of I-CAP annual goals.
- Conducted and supervised audits uncovering embezzlement, financial misreporting, and other LMRDA violations.
- Led national revisions to CAP documentation and methods ensuring consistent agency wide application.
- Recognized as the agency's subject-matter expert for international compliance audits.

**Senior Investigator**

Chicago District Office | 2018 – 2020

- Conducted criminal and civil investigations of labor unions, including complex audits, fraud, embezzlement, and election violations.
- Coordinated evidence collection, subpoenas, and interviews.
- Provided litigation support and worked with AUSAs to secure convictions and settlements.
- Mentored investigators nationwide and served as CAP instructor and trainer.

**Investigator**

Milwaukee & Chicago District Offices | 2004 – 2018

- Conducted criminal and civil investigations of labor unions, including fraud, embezzlement, and election violations.
- Served as team leader on major CAP audits and compliance initiatives.
- Served on workgroups for electronic filing and auditing systems (EFS, e.FAS).
- Recognized repeatedly for highly effective and exemplary performance.

## Training, Instruction, and Presentations

- CAP Instructor (2007–Present) – Designed and delivered agency training courses for new investigators; revised curriculum in 2008, 2014, 2017, 2020, 2023, and 2025.
- Regularly present at OLMS compliance assistance seminars.
- Led agency wide training workgroups to revise CAP procedures and documentation.
- Developed curriculum, student materials, and training records for CAP and I-CAP programs.
- Trained new CAP instructors (2014, 2019, 2023, 2025) and served as mentor before, during, and after instruction.
- Traveled to multiple district offices to provide hands-on compliance audit training.

## Education

M.S., Applied Economics – Marquette University, Milwaukee, WI (2005)

B.S., Business Economics – Marquette University, Milwaukee, WI (2003)

## Professional Recognition

- Performance Appraisals (2020–2025) – Rated Outstanding and Exemplary for leadership of I-CAP and CAP, investigative excellence, and national program contributions.
- Secretary's Exceptional Achievement Award (2020) – I-CAP Modernization Team and Electronic Forms Auditing System Training Team
- OLMS Ripple Awards – 2017, 2020 (peer recognition for exceptional contribution).
- Spotlight on Quality Award – 2016 (criminal case report of investigation), 2020 (election case report of investigation)
- Numerous spot/good job awards.
- Consistently top performance ratings across two decades of federal service.

# Exhibit 2

**Exh. 2: I-CAP Targeting Information**
**Source:  Form LM-2 for 2016-2018**

USA vs. Jones et al
Case: 2:24-cr-20070

| Union | Officer Name | Salary | Allowances | Disbursement for Official Business | Other Payments | Total Payments |
|---|---|---|---|---|---|---|
| Boilermakers | Newton Jones | $1,186,753 | $10,685 | $915,035 | $8,399 | $2,120,872 |
| Transportation Communications Unic | Robert Scardelletti | $981,317 | $0 | $548,904 | $20,421 | $1,550,642 |
| Transportation Communications Unic | Richard Johnson | $558,100 | $0 | $541,980 | $16,917 | $1,116,997 |
| Boilermakers | Truman Fairley | $1,017,866 | $10,420 | $532,092 | $3,065 | $1,563,443 |
| Boilermakers | Lawrence Mcmanamon | $1,040,797 | $10,950 | $501,321 | $0 | $1,553,068 |
| Boilermakers | Tom Baca | $1,015,110 | $10,420 | $487,713 | $633 | $1,513,876 |
| Transportation Communications Unic | Stanley Boyd | $601,588 | $0 | $480,082 | $52,066 | $1,134,736 |
| Professional Athletes | Demaurice Smith | $7,569,231 | $0 | $458,291 | $39,240 | $8,066,762 |
| Transportation Communications Unic | Arthur Maratea | $599,885 | $0 | $450,798 | $72,651 | $1,123,334 |
| Transportation Communications Unic | Matthew Hollis | $501,963 | $0 | $446,917 | $6,688 | $955,568 |
| Boilermakers | William Creeden | $1,015,520 | $10,185 | $429,001 | $2,048 | $1,456,754 |
| Boilermakers | Joseph Maloney | $978,343 | $40,310 | $403,064 | $0 | $1,421,717 |
| Painters | Robert Kucheran | $619,040 | $118,200 | $301,721 | $3,315 | $1,042,276 |
| Transportation Communications Unic | Ronald Kloos | $558,100 | $0 | $301,184 | $13,854 | $873,138 |
| Railroad Signalmen | Willard Pickett | $479,033 | $0 | $292,722 | $0 | $771,755 |
| Railroad Signalmen | Floyd Mason | $371,721 | $0 | $284,858 | $0 | $656,579 |
| Government Employees AFGE | David Holway | $756,688 | $12,800 | $281,844 | $0 | $1,051,332 |
| Laborers | Armand Sabitoni | $1,555,634 | $0 | $268,520 | $32,837 | $1,856,721 |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS

# Exhibit 3

Exh. 3  Largest International Unions by
Membership Source:  LM data

USA vs. Jones et al
Case: 2:24-cr-20070

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 |
|---|---|---|---|---|
| | | Largest International Unions by Membership | | |
| 1 | 000-106 | AFL-CIO | 13,448,499 | $167,184,480 |
| 2 | 000-342 | NATIONAL EDUCATION ASN IND | 2,839,808 | $419,939,170 |
| 3 | 000-385 | STRATEGIC ORGANIZING CENTER | 2,513,667 | $11,650,124 |
| 4 | 000-137 | SERVICE EMPLOYEES | 1,947,177 | $338,048,066 |
| 5 | 000-012 | TEACHERS AFL-CIO | 1,799,290 | $280,289,755 |
| 6 | 000-289 | STATE COUNTY AND MUNI EMPLS AFL-CIO | 1,288,804 | $224,713,727 |
| 7 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 |
| 8 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 |
| 9 | 000-387 | TRANSPORTATION TRADES DEPT AFLCIO | 810,091 | $4,991,219 |
| 10 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 |
| 11 | 000-188 | COMMUNICATIONS WORKERS AFL-CIO | 663,346 | $304,837,647 |
| 12 | 000-131 | LABORERS | 588,564 | $121,946,443 |
| 13 | 000-107 | MACHINISTS AFL-CIO | 547,882 | $264,490,806 |
| 14 | 000-094 | STEELWORKERS, AFL-CIO | 539,661 | $626,041,037 |
| 15 | 000-085 | CARPENTERS IND | 441,268 | $133,047,749 |
| 16 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 |
| 17 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 |
| 18 | 000-149 | AUTO WORKERS AFL-CIO | 375,161 | $299,738,876 |
| 19 | 000-411 | NATIONAL FRATERNAL ORDER OF POLICE | 373,186 | $9,997,286 |
| 20 | 000-317 | FIRE FIGHTERS AFL-CIO | 350,388 | $91,593,116 |
| 21 | 500-002 | GOVERNMENT EMPLOYEES AFGE AFL-CIO | 319,825 | $150,756,860 |
| 22 | 000-509 | LETTER CARRIERS, NATL ASN, AFL-CIO | 296,558 | $188,635,670 |
| 23 | 000-511 | UNITE HERE | 295,855 | $119,890,997 |
| 24 | 000-391 | SAG-AFTRA | 263,815 | $252,751,879 |
| 25 | 544-309 | NATIONAL NURSES UNITED | 215,151 | $20,301,930 |
| 26 | 000-048 | ACTORS AND ARTISTES AFL-CIO | 213,487 | $78,626 |
| 27 | 000-510 | POSTAL WORKERS, AMERICAN, AFL-CIO | 212,464 | $141,346,223 |
| 28 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS | 205,966 | $161,395,333 |
| 29 | 000-160 | TRANSIT UNION AFL-CIO | 200,244 | $50,345,216 |
| 30 | 000-172 | STAGE AND PICTURE OPERATORS AFL-CIO | 170,336 | $58,553,592 |
| 31 | 000-218 | TRANSPORT WORKERS AFL-CIO | 153,682 | $58,990,512 |
| 32 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 |
| 33 | 000-505 | POSTAL MAIL HANDLERS, LIUNA | 124,592 | $48,702,856 |
| 34 | 000-502 | LETTER CARRIERS, RURAL, IND | 109,369 | $67,434,954 |
| 35 | 000-035 | PAINTERS AFL-CIO | 107,124 | $52,284,299 |
| 36 | 000-067 | OFFICE AND PROFESSIONAL EMPLS AFL-CIO | 103,955 | $20,718,172 |
| 37 | 000-185 | JOURNEYMEN AND ALLIED TRADES IND | 94,772 | $14,787,320 |
| 38 | 500-003 | TREASURY EMPLOYEES UNION IND | 93,501 | $50,394,413 |
| 39 | 000-179 | AIR LINE PILOTS ASN AFL-CIO | 78,317 | $604,432,679 |
| 40 | 544-070 | WORKERS UNITED, SEIU | 78,301 | $11,992,962 |
| 41 | 000-207 | MUSICIANS AFL-CIO | 66,642 | $25,123,230 |
| 42 | 000-034 | BRICKLAYERS AFL-CIO | 66,155 | $53,177,790 |
| 43 | 000-315 | BAKERY, TOBACCO AND GRAIN AFL-CIO | 62,893 | $12,553,938 |
| 44 | 000-069 | ENGINEERS, PROF AND TECH, AFL-CIO | 62,638 | $5,744,633 |
| 45 | 000-101 | LOCOMOTIVE ENGINEERS, IBT | 52,097 | $21,556,872 |
| 46 | 000-104 | LONGSHOREMENS ASN AFL-CIO | 51,158 | $56,508,626 |
| 47 | 000-376 | FLIGHT ATTENDANTS ASN, CWA | 49,452 | $28,334,445 |
| 48 | 000-063 | MINE WORKERS, UNITED, AFL-CIO | 45,761 | $44,942,418 |
| **49** | **000-074** | **BOILERMAKERS AFL-CIO** | **44,699** | **$90,457,288** |
| 50 | 000-132 | PLASTERERS AND CEMENT MASONS AFL-CIO | 44,636 | $25,171,053 |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS

# Exhibit 4

Exh. 4 Largest Construction Trades International Unions by
Membership Source: LM data

USA vs. Jones et al
Case: 2:24-cr-20070

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 |
|---|---|---|---|---|
| | | Largest Construction International Unions by Membership | | |
| 1 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 |
| 2 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 |
| 3 | 000-131 | LABORERS | 588,564 | $121,946,443 |
| 4 | 000-085 | CARPENTERS IND | 441,268 | $133,047,749 |
| 5 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 |
| 6 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 |
| 7 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS | 205,966 | $161,395,333 |
| 8 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 |
| 9 | 000-035 | PAINTERS AFL-CIO | 107,124 | $52,284,299 |
| 10 | 000-034 | BRICKLAYERS AFL-CIO | 66,155 | $53,177,790 |
| **11** | **000-074** | **BOILERMAKERS AFL-CIO** | **44,699** | **$90,457,288** |
| 12 | 000-132 | PLASTERERS AND CEMENT MASONS AFL-CIO | 44,636 | $25,171,053 |
| 13 | 000-197 | ELEVATOR CONSTRUCTORS AFL-CIO | 30,560 | $30,587,300 |
| 14 | 000-135 | ROOFERS AFL-CIO | 23,143 | $12,062,787 |
| 15 | 000-090 | INSULATORS AFL-CIO | 22,990 | $22,525,362 |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS

1

# Exhibit 5

Exh. 5 Largest Metal Trades Dept International Unions by
Membership Source: LM data

USA vs. Jones et al
Case: 2:24-cr-20070

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 |
|---|---|---|---|---|
| | | Largest Metal Trades Dept International Unions by Membership | | |
| 1 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 |
| 2 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 |
| 3 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 |
| 4 | 000-131 | LABORERS | 588,564 | $121,946,443 |
| 5 | 000-107 | MACHINISTS AFL-CIO | 547,882 | $264,490,806 |
| 6 | 000-094 | STEELWORKERS, AFL-CIO | 539,661 | $626,041,037 |
| 7 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 |
| 8 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 |
| 9 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS | 205,966 | $161,395,333 |
| 10 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 |
| 11 | 000-035 | PAINTERS AFL-CIO | 107,124 | $52,284,299 |
| 12 | 000-067 | OFFICE AND PROFESSIONAL EMPLS AFL-CIO | 103,955 | $20,718,172 |
| 13 | 000-069 | ENGINEERS, PROF AND TECH, AFL-CIO | 62,638 | $5,744,633 |
| 14 | 000-074 | BOILERMAKERS AFL-CIO | 44,699 | $90,457,288 |
| 15 | 000-132 | PLASTERERS AND CEMENT MASONS AFL-CIO | 44,636 | $25,171,053 |
| 16 | 500-001 | GOVERNMENT EMPLS NAGE SEIU AFL-CIO | 43,165 | $26,932,716 |
| 17 | 000-090 | INSULATORS AFL-CIO | 22,990 | $22,525,362 |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS

# Exhibit 6

Exh. 6

USA vs. Jones et al
Case: 2:24-cr-20070

**Form LM-2: International Travel Disbursements for Boilermakers Union**
**(Excludes Canada, Mexico, and US Territories)**

| F_NUM | UNION_NAME | YR_COVERED | NAME | STREET | CITY | STATE | ZIP | TYPE_OR_CLASS | ITEMIZED | NON_ITEMIZED | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | BOILERMAKERS AFL-CIO | 2022 | MOVEOLUX SRL | VIA COGOLETO 9 | ROME | 00 | | TRANSPORTATION COMPANY | $63,048.00 | $0.00 | $63,048.00 |
| 74 | BOILERMAKERS AFL-CIO | 2022 | LUXURY VACATIONS | 23 BERKELEY SQUARE | LONDO | 00 | SM6 7 | TRAVEL AGENT | $5,888.00 | $0.00 | $5,888.00 |
| 74 | BOILERMAKERS AFL-CIO | 2020 | CONRAD LONDON | 22-28 BROADWAY | LONDON | 00 | SW1H 0BH | HOTEL & CONFERENCE CENTER | $27,911.00 | $0.00 | $27,911.00 |
| 74 | BOILERMAKERS AFL-CIO | 2020 | W SANTIAGO HOTEL | ISIDORA GOYENECHEA 30 | LAS CONDES, CHILE | 00 | | HOTEL & CONFERENCE CENTER | $84,450.00 | $0.00 | $84,450.00 |
| 74 | BOILERMAKERS AFL-CIO | 2018 | MOVEOLUX SRL | LARGO DE BENEDETTI, 2 20124 | MILAN, ITALY | 00 | | TRANSPORTATION COMPANY | $26,714.00 | $0.00 | $26,714.00 |
| 74 | BOILERMAKERS AFL-CIO | 2017 | FALKENSTEINER RESORT | STRADA PROVINCIALE 17 | VILLASIMIUS, ITALY | 00 | 09049 | HOTEL & CONFERENCE CENTER | $0.00 | $5,083.00 | $5,083.00 |
| 74 | BOILERMAKERS AFL-CIO | 2015 | HOTEL B | AV. SAN MARTIN | LIMA, PE | 00 | | HOTEL & CONFERENCE | $15,962.00 | $0.00 | $15,962.00 |
| 74 | BOILERMAKERS AFL-CIO | 2015 | HOTEL BRISTOL | 112 RUE DU FAUBOURG | PARIS, FR | 00 | | HOTEL/CONFERENCE CENTER | $5,966.00 | $0.00 | $5,966.00 |
| 74 | BOILERMAKERS AFL-CIO | 2015 | MIRABELLE RESTAURANT | VIA DI PORTA PINCIANA, 14 | ROME, IT | 00 | | RESTAURANT | $5,159.00 | $0.00 | $5,159.00 |
| 74 | BOILERMAKERS AFL-CIO | 2012 | WESTIN EXCELSIOR | 125 VIA VENETO | PROVINCE OF ROME, ITALY | 00 | 06 47081 | HOTEL & CONFERENCE CENTER | $33,483.00 | $4,559.00 | $38,042.00 |
| 74 | BOILERMAKERS AFL-CIO | 2012 | WESTIN EUROPA & REGINA, VENICE | 2159 SAN MARCO | VENICE, ITALY | 00 | 30124 | HOTEL & CONFERENCE CENTER | $84,870.00 | $0.00 | $84,870.00 |
| 74 | BOILERMAKERS AFL-CIO | 2012 | MARRIOTT | 1560 KALVEBOD BRYGGE | COPENHAGEN, DENMARK | 00 | 8833 9900 | HOTEL & CONFERENCE CENTER | $35,440.00 | $0.00 | $35,440.00 |
| 74 | BOILERMAKERS AFL-CIO | 2009 | HOTEL DE CRILLON | 10 PLACE DE LA CONCORDE | PARIS | 00 | | HOTEL & CONFERENCE CENTER | $5,191.00 | $4,663.00 | $9,854.00 |
| **Total:** | | | | | | | | | | | **$408,387.00** |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS

# Exhibit 7

Exh. 7

USA vs. Jones et al
Case: 2:24-cr-20070

**Form LM-2: International Travel Disbursements for Ten Largest IU and Boilermakers Union**
**(Excludes Canada, Mexico, and US Territories)**

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | FY2024 | FY2023 | FY2022 | FY2021 | FY2020 | FY2019 | FY2018 | FY2017 | FY2016 | FY2015 | FY2014 | FY2013 | FY2012 | FY2011 | FY2010 | FY2009 | TOTAL | PER MEMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 000-137 | SERVICE EMPLOYEES | 1,947,177 | $338,048,066 | $8,517 | $110,312 | $8,867 | $0 | $0 | $21,721 | $7,332 | $25,545 | 125625 | $214,193 | $93,089 | $27,724 | $21,203 | $105,173 | $158,458 | $55,036 | $982,795 | $0.50 |
| 2 | 000-012 | TEACHERS AFL-CIO | 1,799,290 | $280,289,755 | $61,466 | $157,700 | $57,540 | $0 | $39,532 | $55,787 | $48,373 | $15,293 | $48,111 | $55,970 | $34,583 | $67,711 | $118,013 | $113,791 | $45,086 | $0 | $918,956 | $0.51 |
| 3 | 000-074 | BOILERMAKERS AFL-CIO | 44,699 | $90,457,288 | $0 | $0 | $68,936 | $0 | $112,361 | $0 | $26,714 | $5,083 | $0 | $27,087 | $0 | $0 | $158,382 | $0 | $0 | $9,854 | $408,387 | $9.14 |
| 4 | 000-106 | AFL-CIO | 13,448,499 | $167,184,480 | $8,634 | $52,299 | $0 | $0 | $0 | $21,945 | $22,750 | $0 | $7,491 | $0 | $18,626 | $8,617 | $55,382 | $49,200 | $45,068 | $17,331 | $307,343 | $0.02 |
| 5 | 000-342 | NATIONAL EDUCATION ASN IND | 2,839,808 | $419,939,170 | $179,867 | $5,134 | $0 | $0 | $0 | $94,899 | $6,096 | $8,150 | $0 | $5,929 | $0 | $0 | $0 | $0 | $0 | $0 | $300,075 | $0.11 |
| 6 | 000-385 | STRATEGIC ORGANIZING CENTER | 2,513,667 | $11,650,124 | $0 | $0 | $0 | $0 | $12,765 | $25,794 | $33,562 | $17,176 | $16,838 | $33,360 | $33,324 | $24,309 | $0 | $0 | $0 | $28,087 | $225,215 | $0.09 |
| 7 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 | $19,195 | $0 | $0 | $0 | $0 | $0 | $0 | $13,629 | $0 | $16,758 | $45,696 | $0 | $0 | $0 | $0 | $0 | $95,278 | $0.08 |
| 8 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $0 | $69,259 | $0 | $14,397 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $83,656 | $0.12 |
| 9 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $0 | $0 | $17,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,775 | $19,859 | $5,931 | $0 | $0 | $5,387 | $67,952 | $0.05 |
| 10 | 000-289 | STATE COUNTY AND MUNI EMPLS AFL-CIO | 1,288,804 | $224,713,727 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |
| 11 | 000-387 | TRANSPORTATION TRADES DEPT AFLCIO | 810,091 | $4,991,219 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |

# Exhibit 8

Exh. 8
**Form LM-2: International Travel Disbursements for Ten Largest Construction Trades IU and Boilermakers Union
(Excludes Canada, Mexico, and US Territories)**

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | FY2024 | FY2023 | FY2022 | FY2021 | FY2020 | FY2019 | FY2018 | FY2017 | FY2016 | FY2015 | FY2014 | FY2013 | FY2012 | FY2011 | FY2010 | FY2009 | TOTAL | PER MEMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 000-074 | BOILERMAKERS AFL-CIO | 44,699 | $90,457,288 | $0 | $0 | $68,936 | $0 | $112,361 | $0 | $26,714 | $5,083 | $0 | $27,887 | $0 | $158,352 | $0 | $0 | $0 | $9,854 | $408,387 | $9.14 |
| 2 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 | $0 | $15,000 | $0 | $0 | $0 | $22,046 | $5,000 | $0 | $26,162 | $14,716 | $0 | $80,923 | $0 | $0 | $0 | $6,612 | $170,459 | $0.45 |
| 3 | 000-131 | LABORERS | 588,564 | $121,946,443 | $29,392 | $0 | $0 | $0 | $0 | $20,559 | $0 | $0 | $8,649 | $31,352 | $0 | $0 | $0 | $0 | $0 | $0 | $89,952 | $0.15 |
| 4 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $0 | $69,259 | $0 | $0 | $14,397 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $83,656 | $0.12 |
| 5 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $0 | $0 | $17,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,775 | $19,859 | $5,931 | $0 | $0 | $5,387 | $67,952 | $0.05 |
| 6 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 | $0 | $7,996 | $0 | $0 | $0 | $11,496 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,492 | $0.05 |
| 7 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $66,589,060 | $0 | $0 | $0 | $0 | $0 | $0 | $9,323 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,323 | $0.07 |
| 8 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTA | 205,966 | $161,395,333 | $0 | $0 | $7,843 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,843 | $0.04 |
| 9 | 000-085 | CARPENTERS IND | 441,268 | $133,047,749 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |
| 10 | 000-035 | PAINTERS AFL-CIO | 107,124 | $52,284,299 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |
| 11 | 000-034 | BRICKLAYERS AFL-CIO | 66,155 | $53,177,790 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |

# Exhibit 9

Exh. 9
**Form LM-2: International Travel Disbursements for Ten Largest Metal Trades IU and Boilermakers Union
(Excludes Canada, Mexico, and US Territories)**

| | LM_NO | AFF_ORG_NAME | MEMBERS 2024 | RECEIPTS 2024 | FY2024 | FY2023 | FY2022 | FY2021 | FY2020 | FY2019 | FY2018 | FY2017 | FY2016 | FY2015 | FY2014 | FY2013 | FY2012 | FY2011 | FY2010 | FY2009 | TOTAL | PER MEMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 000-074 | BOILERMAKERS AFL-CIO | 44,699 | $90,457,288 | $0 | $0 | $68,936 | $0 | $112,361 | $0 | $26,714 | $5,083 | $0 | $27,687 | $0 | $0 | $158,352 | $0 | $0 | $9,854 | $408,387 | $9.14 |
| 2 | 000-111 | PLUMBERS AFL-CIO | 378,156 | $180,208,751 | $0 | $15,000 | $0 | $0 | $0 | $22,046 | $5,000 | $0 | $26,162 | $14,716 | $0 | $80,923 | $0 | $0 | $0 | $6,612 | $170,459 | $0.45 |
| 3 | 000-107 | MACHINISTS AFL-CIO | 547,882 | $264,490,806 | $0 | $0 | $0 | $0 | $0 | $0 | $6,152 | $6,473 | $0 | $0 | $32,991 | $0 | $0 | $83,527 | $10,050 | $22,205 | $161,398 | $0.29 |
| 4 | 000-094 | STEELWORKERS, AFL-CIO | 539,661 | $626,041,037 | No data | $0 | $0 | $0 | $0 | $16,106 | $0 | $12,341 | $0 | $14,498 | $16,091 | $49,423 | $0 | $7,134 | $26,615 | $5,135 | $147,343 | $0.27 |
| 5 | 000-131 | LABORERS | 588,564 | $121,946,443 | $29,392 | $0 | $0 | $0 | $20,559 | $0 | $0 | $8,649 | $31,352 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $89,952 | $0.15 |
| 6 | 000-056 | FOOD AND COMMERCIAL WKRS | 1,201,344 | $305,994,924 | $19,195 | $0 | $0 | $0 | $0 | $0 | $13,629 | $0 | $16,758 | $45,696 | $0 | $0 | $0 | $0 | $0 | $0 | $95,278 | $0.08 |
| 7 | 000-116 | ELECTRICAL WORKERS IBEW AFL-CIO | 716,942 | $1,505,025,076 | $0 | $69,259 | $0 | $14,397 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $83,656 | $0.12 |
| 8 | 000-093 | TEAMSTERS | 1,251,183 | $374,745,437 | $0 | $0 | $17,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,775 | $19,859 | $5,931 | $0 | $0 | $5,387 | $67,952 | $0.05 |
| 9 | 000-159 | ENGINEERS, OPERATING, AFL-CIO | 409,840 | $137,064,966 | $0 | $7,996 | $0 | $0 | $0 | $11,496 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,492 | $0.05 |
| 10 | 000-052 | IRON WORKERS AFL-CIO | 128,150 | $68,589,060 | $0 | $0 | $0 | $0 | $0 | $0 | $9,323 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,323 | $0.07 |
| 11 | 000-073 | SHEET METAL, AIR, RAIL AND TRANSPORTA | 205,966 | $161,395,333 | $0 | $0 | $7,843 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,843 | $0.04 |

Prepared by:
Lauren Stojak, Lead Investigator
US DOL - OLMS