✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

LAWRENCE MCMANAMON (05)

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  24-20070-05-DDC

The court granted defendant Lawrence McManamon's motion for acquittal on Count 1 of the Indictment.  IT IS ORDERED that the defendant Lawrence McManamon is acquitted, discharged, and any bond exonerated on Count 1 of the Indictment.  The court will enter an order.

s/ Daniel D. Crabtree

_____
Signature of Judge

 Daniel D. Crabree                  United States District Judge
_____
Name of Judge                      Title of Judge

                05/28/2026
_____
                Date